IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KENNETH SMITH,

Plaintiff, No. 2: 10-cv-2561 KJN P

vs.

C.D.C. PAROLE DIVISION, et al.,

Defendants. ORDER

_________________________________/

Plaintiff, a former state prisoner proceeding without counsel, has filed a civil rights complaint pursuant to 42 U.S.C. § 1983 and an application to proceed in forma pauperis. Plaintiff's application to proceed in forma pauperis is not signed. Accordingly, plaintiff's application to proceed in forma pauperis is denied as defective. Plaintiff is granted thirty days to file a properly completed and signed application.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's application to proceed in forma pauperis (Dkt. No. 2) is denied; plaintiff is granted thirty days from the date of this order to file a properly completed application;

////

////

////

2. The Clerk of the Court is directed to send plaintiff a form for an application to proceed in forma pauperis by a non-prisoner.

DATED: October 7, 2010

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

sm2561.ord