IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KENNETH SMITH,

    Plaintiff,                No. 2: 10-cv-2561 KJN P

    vs.

C.D.C. PAROLE DIVISION, et al.,

    Defendants.          ORDER TO SHOW CAUSE

_____/

        By order filed December 9, 2010, plaintiff's complaint was dismissed and thirty days leave to file an amended complaint was granted. The thirty day period has now expired, and plaintiff has not filed an amended complaint or otherwise responded to the court's order.

        Accordingly, IT IS HEREBY ORDERED that within twenty-one days of the date of this order plaintiff shall show cause why this action should not be dismissed for his failure to file an amended complaint in accordance with the December 9, 2010 order.

DATED: January 19, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

sm2561.osc