IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KENNETH SMITH,

    Plaintiff,                    No. 2: 10-cv-2561 KJN P

    vs.

C.D.C. PAROLE DIVISION, et al.,

    Defendants.             ORDER

_____/

        Plaintiff is proceeding without counsel with a civil rights action. Plaintiff has consented to the jurisdiction of the undersigned. (Dkt. No. 5.)

        On January 20, 2011, the court ordered plaintiff to show cause within twenty-one days why this action should not be dismissed for his failure to file an amended complaint in accordance with the December 9, 2010 order. Twenty-one days passed and plaintiff did not respond to the January 20, 2011 order.

        Accordingly, IT IS HEREBY ORDERED that this action is dismissed.

DATED: February 23, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

sm2561.dis

1